

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G–8
Los Angeles, CA 90012
Tel: (213) 894–3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701–4516
(714) 338–4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328–4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

**To**:  Clerk, United States District Court
 District of Puerto Rico
 150 Carlos Chardon Avenue, Room 150
 San Juan, PR 00918

**Re**:  Transfer of our Civil Case No.      CV 11–03343 GW (JCx)
 Case Title:      United States of America, et al. v. Aveta, Inc., et al.
 _  MDL _____  In Re: _____

Dear Sir/Madam:

**An order having been made  _X_  transferring  _  remanding the above-numbered case to your district, we are transmitting herewith our file:**

_   Original case file documents are enclosed in paper format.
_   Electronic documents are accessible through Pacer.
 X   Other:  In Camera Documents are enclosed in paper format

Very truly yours,

Clerk, U.S. District Court

Date:  February 18, 2015

By:  _/s/ Grace Kami_
 Deputy Clerk

*cc: All counsel of record*

## TO BE COMPLETED BY RECEIVING DISTRICT

**Please acknowledge receipt via e-mail to appropriate address listed below and provide the case number assigned in your district:**

 X   CivilIntakecourtdocs–LA@cacd.uscourts.gov      (Los Angeles Office)
 _   CivilIntakecourtdocs–RS@cacd.uscourts.gov      (Riverside Office)
 _   CivilIntakecourtdocs–SA@cacd.uscourts.gov      (Santa Ana Office)

Case Number: _____

Clerk, U.S. District Court

Date: _____

By: _____
 Deputy Clerk

CV–22 (01/15)  TRANSMITTAL LETTER – CIVIL OR MDL CASE TRANSFER OUT